

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-16-00055-CV

**IN THE INTEREST OF W.T.H.**, a Child

From the 81st Judicial District Court, Karnes County, Texas
Trial Court No. 15-06-00125-CVK
Honorable Donna S. Rayes, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE ANGELINI, AND JUSTICE RIOS

In accordance with this court's opinion of this date, the trial court's Order Granting Intervenor's Plea to the Jurisdiction is AFFIRMED.

Costs are assessed against the party that incurred them.

SIGNED February 15, 2017.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice